UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:06-CV-00391

| | |
|---|---|
| MICHAEL WHISNANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNUM LIFE INSURANCE | ) |
| COMPANY OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER OF APPROVAL

The Court has reviewed the Certification and Report of Attorney's Conference and Proposed Discovery Plan (Docket No. 9) submitted by the parties. The Order is approved without modification.

So ordered.

Signed: November 8, 2006

Graham C. Mullen
United States District Judge